**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

UNITED STATES OF AMERICA

V.                               NO: 4:07CR00275-02

PAUL MILLER

**ORDER**

Defendant Paul A. Miller was indicted with a co-defendant on seven counts of conspiracy to commit loan and credit application fraud and to commit mail fraud and with aiding and abetting loan and credit application fraud and mail fraud.  This action was tried to a jury June 29-July 1, 2010, the Honorable James M. Moody, United States District Judge presiding.

At the close of the government's case-in-chief, Defendant's counsel made a timely motion for a directed verdict.  The motion asserted that although the government's witnesses all testified about matters pertaining to a Paul Miller of Houston, Texas,  and although one or more of them appeared to have looked in the direction of the accused while he was seated at counsel table during parts of their testimony, no government witness clearly and affirmatively identified him as the one involved in the conspiracy, application frauds, or mail frauds.  The government responded orally and the Court took the matter under advisement.  The jury returned verdicts of guilty on all seven counts on July 1, 2010.  After the jury verdicts were returned, defense counsel requested the opportunity to brief this issue.  The parties have now submitted post trial briefs.  For the reasons stated herein, Defendant's motion for directed verdict, docket # 111  is DENIED.

" 'Courtroom identification is not necessary when the evidence is sufficient to permit the inference that the defendant on trial is the person who [committed the acts charged].' " *United States v. Hyles*, 521 F.3d 946, 955 (8th Cir. 2008), *cert. denied*, 129 S.Ct. 941 (2009), quoting,

*United States v. Capozzi*, 883 F.2d 608, 617 (8th Cir.1989), *cert. denied*, 110 S.Ct. 1947 (1990), quoting *United States v. Hoelscher*, 764 F.2d 491, 496 (8th Cir.1985).

The Court finds that the evidence presented was sufficient to establish the identity of the defendant as the Paul Miller who committed the acts charged.  Ricky Porter testified at trial that he knew Mr. Miller, prepared tax returns for Love Worth Seeking Ministries based on information provided by Mr. Miller and that he prepared tax return documents for Miller-Weston, LLC, a partnership, based on information provided by Mr. Miller.  Mr. Porter indicated that he had known Mr. Miller for over ten years and they were friends.  Mr. Jacques Weston, Mr. Miller's co-defendant, testified about his relationship with Mr. Miller, their business dealings and the creation of Love Worth Seeking Ministries.  Gibrill Mustapha testified that he had known Paul Miller since 1986. Mr. Mustapha testified about a telephone conversation he had in which he and Mr. Miller called Mr. Weston to question Mr. Weston about the use of Mr. Mustapha's name and social security number to obtain credit.  Mr. Mustapha stated that after the conversation, Mr. Miller got up and "Since then, when Paul got up, I have not seen him up until now."  The Court finds that this evidence is sufficient to permit the jury to infer that this defendant, Mr. Paul Miller, is the person who committed the acts charged.  Accordingly, Defendant's motion, docket # 111, is DENIED.

IT IS SO ORDERED this 30th day of September, 2010.

James M. Moody
United States District Judge